IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DANIELLE GEOFFRION and DARREN KASMIR, | § § § |
| Plaintiffs, | § § |
| v. | § § § |
| NATIONSTAR MORTGAGE LLC, | § § |
| Defendant. | § |

Case No. 4:14-cv-00350-RC-ALM

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

*TO THE HONORABLE JUDGE OF SAID COURT:*

COMES NOW, Andrew D. Thomas of Akerman LLP and files this Motion to Withdraw D. Stewart Clancy, Justin R. Opitz, and Adam C. Ragan for defendant Nationstar Mortgage LLC. Akerman LLP respectfully requests the court's permission to withdraw D. Stewart Clancy, Justin R. Opitz, and Adam C. Ragan as attorneys of record for defendant, and moves for an order discharging D. Stewart Clancy, Justin R. Opitz, and Adam C. Ragan as attorneys of record for defendant, and would show unto the court the following:

1. Defendant respectfully requests D. Stewart Clancy, Justin R. Opitz, and Adam C. Ragan be immediately withdrawn as counsel of record for defendant.

2. There is good cause for this court to grant this motion because D. Stewart Clancy, Justin R. Opitz, and  are no longer an attorney with Akerman LLP.

3. Counsel has delivered a copy of this motion to plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Andrew D. Thomas requests that D. Stewart Clancy, Justin R. Opitz, and Adam C. Ragan be withdrawn as counsel of record for defendant.

Dated:  May 18, 2015               Respectfully submitted,

                                                 */s/ Andrew D. Thomas*
C. Charles Townsend; SBN:  24028053
Walter McInnis; SBN: 24046394
Andrew D. Thomas, SBN: 24060714
AKERMAN LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas  75201
Telephone:  214.720.4300
Facsimile:  214.981.9339
charles.townsend@akerman.com
walter.mcinnis@akerman.com
andrew.thomas@akerman.com

**ATTORNEYS FOR DEFENDANT
NATIONSTAR MORTGAGE LLC**

## CERTIFICATE OF CONFERENCE

This is to certify that on May 16, 2015, the undersigned conferred with counsel for plaintiffs, and they are unopposed to the relief requested in this motion.

                                                 */s/  Andrew D. Thomas*
Andrew D. Thomas

## CERTIFICATE OF SERVICE

  I hereby certify that on May 18, 2015, a true and correct copy of the foregoing was served via the court's electronic filing system as follows:

Jarrett L. Ellzey, Jr.
W. Craft Hughes
HUGHES ELLZEY, LLP
Galleria Tower I
2700 Post Oak Blvd., Ste. 1120
Houston, TX 77056
jarrett@crafthugheslaw.com
craft@hughesellzey.com
*Attorneys for Plaintiffs*

                */s/ Andrew D. Thomas*
                Andrew D. Thomas