IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANIELLE GEOFFRION and<br>DARREN KASMIR | §<br>§<br>§ | CASE NO. 4:14-cv-350-ALM |
| v. | §<br>§ | JURY TRIAL DEMANDED |
| NATIONSTAR MORTGAGE LLC | §<br>§<br>§ | |

## ORDER

CAME ON FOR CONSIDERATION the Plaintiffs' opposed *Motion to Compel Production of a Single Document* from Defendant Nationstar Mortgage LLC [Dkt. No. 27] ("Plaintiff's Motion to Compel"). After consideration of Plaintiffs' Motion to Compel, defendant's response, the pleadings on file, and all other matters properly before the Court, the Court is of the opinion that Plaintiffs' Motion to Compel should be **GRANTED**.

IT IS, THEREFORE,

**ORDERED** that Plaintiffs' Motion to Compel [Dkt. No. 27] is GRANTED.

**IT IS FURTHER ORDERED** that Defendant Nationstar Mortgage LLC shall produce complete, un-redacted copy of its company policy concerning whether a borrower's letter is considered by Nationstar to be a "qualified written request" to Plaintiffs' counsel within fourteen (14) days of this order subject to a protective order.

**SIGNED this 5th day of June, 2015.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE