IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANIELLE GEOFFRION and<br>DARREN KASMIR<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:14-cv-350-ALM<br><br>JURY TRIAL DEMANDED |

**ORDER**

ON THIS DAY came on to be heard *Plaintiffs' Motion for Sanctions*. After considering Plaintiffs' motion, any response thereto, and arguments of counsel, the Court is of the opinion that said motion is well-taken, should be, and is, in all things, **GRANTED.**

It is therefore **ORDERED** that defendant Nationstar shall produce a competent corporate representative with personal knowledge of the topics and requested documents contained in Plaintiffs' Depo. Notice of Corporate Rep. pursuant to Rule 30(B)(6) at the offices of Hughes Ellzey, LLP in Houston, Texas within twenty (20) days of this Order.

**SIGNED this 14th day of July, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE