**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DANIELLE GEOFFRION and DARREN KASMIR,** | § § § § § | |
| | § | Case No. 4:14-cv-00350 |
| v. | § | Judge Mazzant |
| | § | |
| **NATIONSTAR MORTGAGE LLC,** | § § § | |

## ORDER IN LIMINE

On this day came on to be considered the Motion in Limine filed by Plaintiffs Danielle Geoffrion and Darren Kasmir ("Plaintiffs") (the "Motion") (Dkt. #47). After considering the Motion, the response, the evidence, if any, and the arguments of counsel, the Court finds the Motion is well-taken in whole or in part, and **ORDERS** the following:

1. Any evidence, statement, or argument that Plaintiffs are not legally married. Irrelevant and prejudicial. FED. R. EVID. 402-403.

    AGREED: \_\_\_\_X_____    GRANTED: _____    DENIED: _____

2. Any evidence, statement, or argument about Plaintiffs' source of funds to make payments on their mortgage or would use to pay to be reinstated. Irrelevant and prejudicial. FED. R. EVID. 402-403.

    AGREED: _____    GRANTED: \_\_\_\_X_____    DENIED: _____

3. Any evidence, statement, or argument that Plaintiff Geoffrion is related to Jarrett L. Ellzey, counsel for Plaintiffs. Irrelevant and prejudicial. FED. R. EVID. 402-403.

    AGREED: \_\_\_\_X_____    GRANTED: _____    DENIED: _____

**SIGNED this 21st day of August, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE