## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:**  9/9/15

**U. S. DISTRICT JUDGE**                    **COURT REPORTER:**   Jan Mason

**Amos L. Mazzant**                          **COURTROOM DEPUTY:**  Debbie McCord

| GEOFFRION AND KASMIR<br>VS<br>NATIONSTAR MORTGAGE, LLC | CASE NO.   4:14CV350 |
|---|---|
| | |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Jarrett Ellzey, Craft Hughes, Danielle Geoffrion, Darren Kasmir | Walter McInnis, Andrew Thomas, Faye Janati (Representative), Charles Townsend |
| | |

| | JURY SELECTION AND TRIAL |
|---|---|
| 9:45 am | Court in session to take up matter before jury panel is brought in.  Mr. McInnis addresses the Court.   Defense addressed a problem regarding demonstratives used by Plaintiff during opening statements. |
| 9:58 am | Mr. Ellzey motions to dismiss the breach of contract claim, granted. |
| | Attorney fees will be submitted post jury verdict. |
| 10:08 am | Court called case.  Parties announced ready. |
| | Sidebar. |
| 10:10 am | Court began voir dire. |
| 10:13 am | Party and counsel introductions. |
| 10:18 am | Plaintiff voir dire by Mr. Ellzey. |
| 11:08 AM | Defense voir dire by Mr. McInnis. |
| 11:19 am | Court addresses jury panel. |
| 11:20 am | Jury panel in recess. |
| | Strikes for cause. |
| 11:52 am | Court in session.  Clerk reads juror numbers and they are seated and sworn in.  Remaining panel is dismissed. |

| | JURY SELECTION AND TRIAL |
|---|---|
| 11:54 am | Court reads preliminary instructions.  Jury exits courtroom and Rule is invoked. |
| 12:04 pm | Jury in recess until 1:20 pm. |
| 12:09 pm | Court in recess. |
| 1:20 pm | Court in session. |
| | Jury brought in and seated. |
| 1:22 pm | Opening statement by Mr. Ellzey for Plaintiff. |
| 1:38 pm | Opening statement by Mr. Thomas for Defendant. |
| 1:50 pm | Plaintiff witness: Darren Kasmir, sworn in. |
| 1:51 pm | Sidebar. |
| 1:53 pm | Direct continues. |
| 3:06 pm | Jury and court in recess for break. |
| 3:23 pm | Court in session. |
| | Direct continues. |
| 3:45 pm | Redirect. |
| 4:02 pm | Jury questions for the court. |
| 4:06 pm | Court asks the jury's questions to the witness. |
| 4:15 pm | Plaintiff witness Danielle Geoffrion, sworn in.  Direct by Mr. Ellzey. |
| 4:38 pm | No cross examination.  Jury questions for Court. |
| | Court asks the questions provided by the jurors. |
| | Follow up questions by the attorneys. |
| 4:52 pm | Witness steps down, jury is in recess for the day. |
| | Court addresses charge with counsel. |
| 4:59 pm | Court is in recess. |
| | |
| | |
| | |
| | |
| | |
| | |

| | JURY SELECTION AND TRIAL |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |