# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANIELLE GEOFFRION and<br>DARREN KASMIR | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:14-CV-350 |
| | § | Judge Mazzant |
| NATIONSTAR MORTGAGE LLC | §<br>§ | |

## VERDICT OF THE JURY

We, the Jury, find as follows:

### QUESTION ONE

Do you find, by a preponderance of the evidence, Plaintiffs submitted qualified written requests to Nationstar on the following dates to which Nationstar had a duty to respond?

Answer "Yes" or "No."

November 14, 2013    Answer (A) __NO__

November 19, 2013    Answer (B) __NO__

November 20, 2013    Answer (C) __NO__

December 16, 2013    Answer (D) __YES__

January 3, 2014      Answer (E) __YES__

January 17, 2014     Answer (F) __NO__

February 11, 2014    Answer (G) __NO__

*If you answered "Yes" to any part of Question One, please proceed to Question Two.*

*If you answered "No" to every part of Question One, proceed to Instructions for Question Five.*

1

## QUESTION TWO

Do you find, by a preponderance of the evidence that Nationstar failed to respond or provided an inadequate response to Plaintiffs' qualified written request on the following dates?

*Only answer for the dates to which you answered "Yes" in Question One.*

Answer "Yes" or "No."

| | |
|---|---|
| November 14, 2013 | Answer (A) _____ |
| November 19, 2013 | Answer (B) _____ |
| November 20, 2013 | Answer (C) _____ |
| December 16, 2013 | Answer (D) __NO__ |
| January 3, 2014 | Answer (E) __YES__ |
| January 17, 2014 | Answer (F) _____ |
| February 11, 2014 | Answer (G) _____ |

*If you answered "Yes" to any part of Question Two, please proceed to Question Three.*

*If you answered "No" to every part of Question Two, proceed to Instructions for Question Five.*

2

## QUESTION THREE

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiffs for their damages (excluding attorney's fees), if any, that were caused by Nationstar's failure to respond to Plaintiffs' qualified written request(s)?

Answer in Dollars and Cents

Pecuniary loss                    Answer (A) $23,500.00

Mental anguish suffered in the past     Answer (B) $151,500.00

*Please proceed to Question Four.*

## QUESTION FOUR

Do you find, by a preponderance of the evidence, Nationstar engaged in a pattern or practice of noncompliance with the requirements of RESPA?

Answer "Yes" or "No."                                          __YES__

*Please proceed to Question Five.*

## QUESTION FIVE

Do you find, by a preponderance of the evidence, Plaintiffs are entitled to an accounting of the Loan?

Answer "Yes" or "No."     _YES_

Date: _9/10/15_     Foreperson: _[signature]_

5