# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DANIELLE GEOFFRION and | § | |
| DARREN KASMIR | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-CV-350 |
| | § | Judge Mazzant |
| NATIONSTAR MORTGAGE LLC | § | |

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

It is **ORDERED** and **ADJUDGED** that Plaintiffs, Danielle Geoffrion and Darren Kasmir, recover of Defendant, Nationstar Mortgage LLC, the sum of ONE HUNDRED AND SEVENTY FIVE THOUSAND DOLLARS AND 00//100 ($175,000.00) in actual damages ($23,500.00 for pecuniary loss and $151,500.00 for mental anguish suffered in the past).  The damages are for Defendants' violations of the Real Estate Settlement Practices Act ("RESPA") in connection with the June 30, 2004 note and deed of trust encumbering Plaintiffs' property (the "Loan.")

It is further **ORDERED** and **ADJUDGED** that Defendant shall pay statutory damages of TWO THOUSAND DOLLARS AND 00//100 ($2,000.00) pursuant to 12 U.S.C. § 2605(f)(1)(B).

It is further **ORDERED** and **ADJUDGED** that Defendant shall give an accounting of the Loan.  The parties shall prepare proposed procedures for the accounting in the next five days.

It is further **ORDERED** that Plaintiff's attorneys' fees are to be paid by Defendant pursuant to Federal Rule of Civil Procedure 54(d)(2).

It is further **ORDERED** that all pre-judgment and/or post judgment interest allowed by law shall be paid by Defendant.

All costs are taxed to Defendant.

**IT IS SO ORDERED**.
 **SIGNED this 14th day of September, 2015.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE